UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TODD MICHAEL BILLS, )<br>)<br>Defendant. )<br>) | Criminal Case No: 1:24-mj-00292-GMH<br>1:24-cr-00567-EGS |

**RULE 58 CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

I, Todd Michael Bills, the defendant in the case captioned above, consent to trial before a magistrate judge and specifically waive trial before a district judge, pursuant to Rule 58(b)(3) of the Federal Rules of Criminal Procedure.

I am charged by Information with four misdemeanor offenses. I have not yet been arraigned.

I ask for all proceedings to be scheduled before a magistrate judge.

_____        12-16-24
Todd Michael Bills                                  Date

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on December 16, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.