# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-567 (ZMF) |
| : | |
| TODD MICHAEL BILLS, : | |
| : | |
| Defendant. : | |

# **ORDER**

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this  23rd  day of  January , 2025.

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge